IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

```
UNITED STATES OF AMERICA    )
                            )
     v.                     )     3:03CR209-03
                            )
NATASHA K. SUTHERLAND       )
```

<u>O R D E R</u>

The Clerk's Office having amended the Judgment in this case, the Government's Motion to Amend Judgment is denied as moot.

This the 30th day of August 2005.

_____
United States District Judge