IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW 3:03CR209-3 |
| | ) | (Financial Litigation Unit) |
| NATASHA SUTHERLAND, | ) | |
| AKA/NATASHA KUPRICE SUTHERLAND | ) | |
| and | ) | |
| | ) | |
| ACN COMMUNICATION SERVICES, INC., | ) | |
| | ) | |
| Garnishee. | ) | |

**DISMISSAL OF WRIT OF GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown,

it is ORDERED that the Writ of Garnishment as to ACN  Communications Services, Inc., filed in

this case on July 28, 2010, against the defendant Natasha Sutherland is **DISMISSED**.


Signed: September 22, 2010


David C. Keesler
United States Magistrate Judge